UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL WILSON

    Plaintiff,

v.                                          Case No. 2:05-CV-15

UNKNOWN LUOKKALA, *et al.*          HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with this Court's Opinion filed on March 12, 2009,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued January 22, 2009 (docket no. 44) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 35) is **GRANTED**. Defendants Etten and Leece are **DISMISSED WITHOUT PREJUDICE**. The remaining Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (docket no. 42) is **DENIED** and that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

This case is **concluded**.


Dated: March 12, 2009                            /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE